UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DAVE CRUZ MEDINA**
**Plaintiff**

   v.

**CIVIL NO.: 05-1761(DRD)**

**CEPH INTERNATIONAL CORP.,**
**MOVA PHARMACEUTICAL CORP.**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/09/05<br>[X] **Plff**　　　　　　　　[ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR VOLUNTARY DISMISSAL<br><br>**DOCKET NO. 17** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. Plaintiff requests the Court to dismissed the cause of action herein. Plaintiff further informs the Court that the parties have stipulated the dismissal with prejudice, each party bearing their own costs and attorney's fees. Accordingly, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Judgment will be issued accordingly. |

**Date**:  November 15, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**